UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FUNCTIONAL GOVERNMENT INITIATIVE, *Plaintiff*, v. U.S. DEPARTMENT OF EDUCATION, *Defendant*. | Civil Action No. 23-2949 (ACR) |

**JOINT STATUS REPORT**

Pursuant to the Court's November 9, 2023 Minute Order, Plaintiff Functional Government Initiative and Defendant U.S. Department of Education ("Department" and collectively, "Parties"), by and through undersigned counsel, respectfully submit the following initial joint status report.

1.      This case stems from Plaintiff's February 2, 2023 Freedom of Information (FOIA) request for records related to the Defendant's communications about the 2022 National Assessment of Education Progress. Compl. ¶ 5, ECF No. 1. Plaintiff filed the complaint on October 3, 2023, and the Department answered on November 9, 2023.

2.      On November 9, 2023, Defendant produced an interim response of 107 pages of records in response to Plaintiff's FOIA request. At this time, the Department is identifying potentially responsive records and does not have an anticipated number of the remaining records responsive to Plaintiff's FOIA request, nor an anticipated date when the Department will produce additional records responsive to Plaintiff's FOIA request. The Department is diligently working on identifying records and completing its response to Plaintiff's FOIA request.

3.      At this time, Defendant does not anticipate filing a motion for stay under *Open*

*America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976). Additionally, the Parties believe that establishing a summary judgment briefing schedule is premature at this time.

    4.    The parties propose to file a further Joint Status Report in 60 days, on or before January 29, 2024.

Dated: November 28, 2023

Respectfully submitted,

<table>
<tr>
<td>

*/s/ Jeremiah L. Morgan*
Jeremiah L. Morgan
William J. Olson, P.C.
370 Maple Avenue West Suite 4
Vienna, VA 22180
Phone: (703) 356-5070
jmorgan@lawandfreedom.com


*Counsel for Plaintiff*

</td>
<td>

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

*/s/  Thomas W. Duffey*
Thomas W. Duffey
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Phone: (202) 252-2510
Thomas.Duffey@usdoj.gov

*Attorney for the United States*

</td>
</tr>
</table>