UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FUNCTIONAL GOVERNMENT INITIATIVE,<br><br>*Plaintiff,*<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>*Defendant*. | Civil Action No. 23-2949 (ACR) |

**JOINT STATUS REPORT**

Pursuant to the Court's March 21, 2024 Minute Order, Plaintiff Functional Government Initiative and Defendant U.S. Department of Education ("Department") and collectively, ("Parties"), by and through undersigned counsel, respectfully submit the following initial joint status report.

1. This case stems from Plaintiff's February 2, 2023 Freedom of Information (FOIA) request for records related to the Defendant's communications about the 2022 National Assessment of Education Progress. Compl. ¶ 5, ECF No. 1. Plaintiff filed the complaint on October 3, 2023, and the Department answered on November 9, 2023.

2. On November 9, 2023, Defendant produced an interim response of 107 pages of records in response to Plaintiff's FOIA request. Defendant completed its search on December 22, 2023, and no additional responsive records were located. Accordingly, the November 9, 2023, production reflects Defendant's final determination and production regarding the Plaintiff's FOIA request.

3. Plaintiff is reviewing the production and will advise as to any remaining issues.

Additionally, the Parties believe that establishing a summary judgment briefing schedule is premature at this time.

4. The parties propose to file a further Joint Status Report in 60 days, on or before May 29, 2024.

Dated: March 28, 2024

Respectfully submitted,

| | |
|---|---|
| /s/ Jeremiah L. Morgan | MATTHEW M. GRAVES, D.C. Bar #481052 |
| Jeremiah L. Morgan | United States Attorney |
| William J. Olson, P.C. | |
| 370 Maple Avenue West Suite 4 | BRIAN P. HUDAK |
| Vienna, VA 22180 | Chief, Civil Division |
| Phone: (703) 356-5070 | |
| jmorgan@lawandfreedom.com | /s/ Thomas W. Duffey |
| | Thomas W. Duffey |
| | Assistant United States Attorney |
| | 601 D Street, N.W. |
| *Counsel for Plaintiff* | Washington, D.C. 20530 |
| | Phone: (202) 252-2510 |
| | Thomas.Duffey@usdoj.gov |
| | |
| | *Attorney for the United States* |