UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FUNCTIONAL GOVERNMENT INITIATIVE,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>*Defendant*. | Civil Action No. 23-2949 (ACR) |

**JOINT STATUS REPORT**

Pursuant to the Court's March 21, 2024 Minute Order, Plaintiff Functional Government Initiative and Defendant U.S. Department of Education ("Department") and collectively, ("Parties"), by and through undersigned counsel, respectfully submit the following initial joint status report.

1. This case stems from Plaintiff's February 2, 2023 Freedom of Information (FOIA) request for records related to the Defendant's communications about the 2022 National Assessment of Education Progress. Compl. ¶ 5, ECF No. 1. Plaintiff filed the complaint on October 3, 2023, and the Department answered on November 9, 2023.

2. On November 9, 2023, Defendant produced an interim response of 107 pages of records in response to Plaintiff's FOIA request. Defendant completed its search on December 22, 2023, and no additional responsive records were located. Accordingly, the November 9, 2023, production reflects Defendant's final determination and production regarding the Plaintiff's FOIA request.

3. Plaintiff has reviewed the production and presented questions about the search. The

Agency has responded to Plaintiff's inquiries.  The parties will be discussing Plaintiff's concerns and will work to resolve any outstanding issues prior to seeking Court intervention.  Additionally, the Parties believe that establishing a summary judgment briefing schedule is premature at this time.

4. The parties propose to file a further Joint Status Report in 60 days, on or before September 27, 2024.

Dated: July 29, 2024

Respectfully submitted,

/s/ Jeremiah L. Morgan
Jeremiah L. Morgan
William J. Olson, P.C.
370 Maple Avenue West Suite 4
Vienna, VA 22180
Phone: (703) 356-5070
jmorgan@lawandfreedom.com

*Counsel for Plaintiff*

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

/s/ Thomas W. Duffey
Thomas W. Duffey
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Phone: (202) 252-2510
Thomas.Duffey@usdoj.gov

*Attorney for the United States*