UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FUNCTIONAL GOVERNMENT INITIATIVE,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>*Defendant*. | Civil Action No. 23-2949 (SLS) |

**JOINT STATUS REPORT**

Pursuant to the Court's March 28, 2025 Minute Order, Plaintiff Functional Government Initiative and Defendant U.S. Department of Education ("Department") and collectively, ("Parties"), by and through undersigned counsel, respectfully submit the following joint status report.

1.  This case stems from Plaintiff's February 2, 2023 Freedom of Information (FOIA) request for records related to the Defendant's communications about the 2022 National Assessment of Education Progress. Compl. ¶ 5, ECF No. 1. Plaintiff filed the complaint on October 3, 2023, and the Department answered on November 9, 2023.

2.  On November 9, 2023, Defendant produced a response of 107 pages of records in response to Plaintiff's FOIA request. Defendant completed its search on December 22, 2023, and no additional responsive records were located. Accordingly, the November 9, 2023, production reflects Defendant's final determination and production regarding the Plaintiff's FOIA request.

3.  Plaintiff reviewed the production and presented additional questions to the

Agency. The Agency responded to Plaintiff's additional inquiries and Plaintiff is satisfied with the production. The parties will be discussing the remaining issue of attorney's fees. The parties will work to resolve any outstanding issues prior to seeking Court intervention.

4. The parties propose to file a further Joint Status Report in 60 days, on or before June 27, 2025.

Dated: April 28, 2025

Respectfully submitted,

/s/ Jeremiah L. Morgan
Jeremiah L. Morgan
William J. Olson, P.C.
370 Maple Avenue West Suite 4
Vienna, VA 22180
Phone: (703) 356-5070
jmorgan@lawandfreedom.com

*Counsel for Plaintiff*

EDWARD R. MARTIN, D.C. Bar #481866
United States Attorney

/s/ Thomas W. Duffey
Thomas W. Duffey
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Phone: (202) 252-2510
Thomas.Duffey@usdoj.gov

*Attorney for the United States*