UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FUNCTIONAL GOVERNMENT INITIATIVE,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>*Defendant*. | Civil Action No. 23-2949 (SLS) |

**JOINT STATUS REPORT**

Pursuant to the Court's April 29, 2025 Minute Order, Plaintiff Functional Government Initiative and Defendant U.S. Department of Education ("Department") and collectively, ("Parties"), by and through undersigned counsel, respectfully submit the following joint status report.

1. This case stems from Plaintiff's February 2, 2023 Freedom of Information (FOIA) request for records related to the Defendant's communications about the 2022 National Assessment of Education Progress. Compl. ¶ 5, ECF No. 1. Plaintiff filed the complaint on October 3, 2023, and the Department answered on November 9, 2023.

2. On November 9, 2023, Defendant produced a response of 107 pages of records in response to Plaintiff's FOIA request. Defendant completed its search on December 22, 2023, and no additional responsive records were located. Accordingly, the November 9, 2023, production reflects Defendant's final determination and production regarding the Plaintiff's FOIA request.

3. Plaintiff reviewed the production and presented additional questions to the

Agency. The Agency responded to Plaintiff's additional inquiries and Plaintiff is satisfied with the production. The parties will be discussing the remaining issue of attorney's fees. The parties will work to resolve any outstanding issues prior to seeking Court intervention.

4. The parties propose to file a further Joint Status Report in 60 days, on or before August 27, 2025.

Dated: June 27, 2025

Respectfully submitted,

| | |
|---|---|
| /s/ Jeremiah L. Morgan<br>Jeremiah L. Morgan<br>William J. Olson, P.C.<br>370 Maple Avenue West Suite 4<br>Vienna, VA 22180<br>Phone: (703) 356-5070<br>jmorgan@lawandfreedom.com<br><br>*Counsel for Plaintiff* | JEANINE FERRIS PIRRO<br>United States Attorney<br><br>/s/ Thomas W. Duffey<br>Thomas W. Duffey<br>Assistant United States Attorney<br>601 D Street, N.W.<br>Washington, D.C. 20530<br>Phone: (202) 252-2510<br>Thomas.Duffey@usdoj.gov<br><br>*Attorney for the United States* |