UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FUNCTIONAL GOVERNMENT INITIATIVE,<br><br>*Plaintiff,*<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>*Defendant*. | Civil Action No. 23-2949 (SLS) |

## JOINT STATUS REPORT

Pursuant to the Court's September 3, 2025 Minute Order, and Chief Judge Boasberg's Standing Orders Nos. 25-55 and 25-59, Plaintiff Functional Government Initiative and Defendant U.S. Department of Education ("Department") and collectively, ("Parties"), by and through undersigned counsel, respectfully submit the following joint status report.

1. This case stems from Plaintiff's February 2, 2023 Freedom of Information (FOIA) request for records related to the Defendant's communications about the 2022 National Assessment of Education Progress. Compl. ¶ 5, ECF No. 1. Plaintiff filed the complaint on October 3, 2023, and the Department answered on November 9, 2023.

2. On November 9, 2023, Defendant produced a response of 107 pages of records in response to Plaintiff's FOIA request. Defendant completed its search on December 22, 2023, and no additional responsive records were located. Accordingly, the November 9, 2023, production was Defendant's final determination and production regarding the Plaintiff's FOIA request.

3. Plaintiff reviewed the production and presented additional questions to the

Agency. The Agency responded to Plaintiff's additional inquiries and Plaintiff is satisfied with the production. The only remaining issue is attorney's fees.

4. Plaintiff has submitted a demand for attorney's fees. Due to the shutdown, and defense counsel traveling out of state during November to deal with a situation involving an ill relative, and his expected return to full-time work on December 1, 2025, the parties request additional time to discuss the remaining issue.

The parties respectfully request that they file a Joint Status Report on or before December 29, 2025, to advise the Court as to the status and as to whether the matter can be resolved or if Court intervention will be necessary as to the remaining issue.

Dated: November 28, 2025

Respectfully submitted,

| | |
|---|---|
| /s/ *Jeremiah L. Morgan* <br> Jeremiah L. Morgan <br> William J. Olson, P.C. <br> 370 Maple Avenue West Suite 4 <br> Vienna, VA 22180 <br> Phone: (703) 356-5070 <br> jmorgan@lawandfreedom.com <br><br> *Counsel for Plaintiff* | JEANINE FERRIS PIRRO <br> United States Attorney <br><br> /s/ *Thomas W. Duffey* <br> Thomas W. Duffey <br> Assistant United States Attorney <br> 601 D Street, N.W. <br> Washington, D.C. 20530 <br> Phone: (202) 252-2510 <br> Thomas.Duffey@usdoj.gov <br><br> *Attorney for the United States* |