UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FUNCTIONAL GOVERNMENT INITIATIVE,<br><br>*Plaintiff,*<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>*Defendant*. | Civil Action No. 23-2949 (SLS) |

**JOINT STATUS REPORT**

Pursuant to the Court's December 1, 2025 Minute Order, Plaintiff Functional Government Initiative and Defendant U.S. Department of Education ("Department") and collectively, ("Parties"), by and through undersigned counsel, respectfully submit the following joint status report.

1. This case stems from Plaintiff's February 2, 2023 Freedom of Information (FOIA) request for records related to the Defendant's communications about the 2022 National Assessment of Education Progress. Compl. ¶ 5, ECF No. 1. Plaintiff filed the complaint on October 3, 2023, and the Department answered on November 9, 2023.

2. On November 9, 2023, Defendant produced a response of 107 pages of records in response to Plaintiff's FOIA request. Defendant completed its search on December 22, 2023, and no additional responsive records were located. Accordingly, the November 9, 2023, production was Defendant's final determination and production regarding the Plaintiff's FOIA request.

3. Plaintiff reviewed the production and presented additional questions to the

Agency. The Agency responded to Plaintiff's additional inquiries and Plaintiff is satisfied with the production. The only remaining issue is attorney's fees.

4. Plaintiff has submitted a demand for attorney's fees. Defendant provided the Plaintiff with a response to the fee demand on January 2, 2026. The parties request additional time to discuss the remaining issue and attempt a resolution.

The parties respectfully request that they file a Joint Status Report on or before February 4, 2026, to advise the Court as to the status and as to whether the matter can be resolved or if Court intervention will be necessary as to the remaining issue.

Dated: January 5, 2026

Respectfully submitted,

| | |
|---|---|
| */s/ Jeremiah L. Morgan* | JEANINE FERRIS PIRRO |
| Jeremiah L. Morgan | United States Attorney |
| William J. Olson, P.C. | |
| 370 Maple Avenue West Suite 4 | */s/ Thomas W. Duffey* |
| Vienna, VA 22180 | Thomas W. Duffey |
| Phone: (703) 356-5070 | Assistant United States Attorney |
| jmorgan@lawandfreedom.com | 601 D Street, N.W. |
| | Washington, D.C. 20530 |
| | Phone: (202) 252-2510 |
| | Thomas.Duffey@usdoj.gov |
| *Counsel for Plaintiff* | *Attorney for the United States* |