UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FUNCTIONAL GOVERNMENT INITIATIVE,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>*Defendant*. | Civil Action No. 23-2949 (SLS) |

**JOINT STATUS REPORT**

Pursuant to the Court's January 5, 2026 Minute Order, Plaintiff Functional Government Initiative and Defendant U.S. Department of Education ("Department") and collectively, ("Parties"), by and through undersigned counsel, respectfully submit the following joint status report.

The parties have exchanged various settlement proposals and have reached an agreement in principle to resolve the outstanding issue of attorney's fees and will be exchanging settlement documentation. The parties respectfully request that they file a Joint Status Report on or before March 6, 2026, to advise the Court as to the status unless a stipulation of dismissal is filed before then.

Dated: February 4, 2026

Respectfully submitted,

| | |
|---|---|
| /s/ Jeremiah L. Morgan<br>Jeremiah L. Morgan<br>William J. Olson, P.C.<br>370 Maple Avenue West Suite 4<br>Vienna, VA 22180<br>Phone: (703) 356-5070<br>jmorgan@lawandfreedom.com<br><br>*Counsel for Plaintiff* | JEANINE FERRIS PIRRO<br>United States Attorney<br><br>/s/ Thomas W. Duffey<br>Thomas W. Duffey<br>Assistant United States Attorney<br>601 D Street, N.W.<br>Washington, D.C. 20530<br>Phone: (202) 252-2510<br>Thomas.Duffey@usdoj.gov<br><br>*Attorney for the United States* |